IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MARC WILLIAM ALLEN**                                                                                          **PLAINTIFF**

VS.                              CASE NO.   3:24-CV-00184-DPM

**CORINTH COCA-COLA JONESBORO**                                         **DEFENDANT**

### ORDER

Pursuant to General Order No. 29, the Clerk has been delegated the authority to provisionally approve Applications to Proceed In District Court Without Prepaying Fees or Costs that are filed in Civil Rights cases under 42 U.S.C. § 2000(e) and to promptly file the Complaint. Therefore, the Application is hereby granted.

IT IS SO ORDERED this 4th day of October, 2024.

                                                        AT THE DIRECTION OF THE COURT
                                                        TAMMY H. DOWNS, CLERK


                                                        By:   J. Kornegay
                                                                   Deputy Clerk