IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARC WILLIAM ALLEN                                                    PLAINTIFF

v.                              No. 3:24-cv-184-DPM

CORINTH COCA-COLA JONESBORO                              DEFENDANT

ORDER

Addendum, *Doc. 6*, appreciated.  The Court has considered it along with the complaint.  For screening purposes only, the Court concludes that Allen has stated claims for age discrimination, race discrimination, and retaliation based on overtime-related statements.

The Clerk must prepare summons for Corinth Coca-Cola and provide copies of the summons, complaint, addendum, and this Order to the United States Marshal.  The Marshal must serve process, without prepayment of fees, by registered mail, restricted delivery, return receipt required, on Benji Huckaby, Corinth Coca-Cola Bottling Group, 601 Washington St., Corinth, MS 38834.*

---

* The Court is unsure about the defendant's correct name or whether Huckaby is a proper person to accept service.  But he's listed as the employer's representative on the EEOC paperwork.  *Doc. 2 at 5*.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

7 January 2025