IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARC WILLIAM ALLEN                                          PLAINTIFF

v.                        No. 3:24-cv-184-DPM

CORINTH COCA-COLA JONESBORO                                 DEFENDANT

ORDER

1. The motion to dismiss for lack of good service, *Doc. 10*, is denied without prejudice. While it is Allen's responsibility to provide valid service information, *Lee v. Armontrout*, 991 F.2d 487, 489 (8th Cir. 1993) (*per curiam*), it is the Court's responsibility to obtain good service for an *in forma pauperis* plaintiff. 28 U.S.C. § 1915(d).

2. The Court directs the Clerk to update the docket. The defendant's correct name is Corinth Coca-Cola Bottling Co.

3. For good cause, the Court extends the time for service until 7 April 2025. *E.g., Robinson v. Clipse*, 602 F.3d 605, 608-09 (4th Cir. 2010).

4. The Court directs the Clerk to issue summons to Corinth Coca-Cola Bottling Co. and deliver it, along with a copy of the complaint, the Court's 7 January 2025 Order, *Doc. 7*, and this Order, to the United States Marshal for service. The Marshal must serve the defendant, without prepayment of fees, by registered mail, return receipt requested, on the company's registered agent, National

Registered Agents, Inc., 320 S. Izard Street, Little Rock, Arkansas 72201.

Doc. 11 at 1-2.

    So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

26 February 2025