# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**MARC WILLIAM ALLEN**                                                                 **PLAINTIFF**

v.                              No. 3:24-cv-184-DPM

**CORINTH COCA-COLA JONESBORO**                              **DEFENDANT**

## ORDER

The parties have not held a Rule 26(f) conference or engaged in discovery. Allen's motion for summary judgment, *Doc. 17*, is therefore denied without prejudice as premature. Fed. R. Civ. P. 56(d).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

2 June 2025