IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARC WILLIAM ALLEN                              PLAINTIFF

v.                      No. 3:24-cv-184-DPM

CORINTH COCA-COLA BOTTLING CO.          DEFENDANT

## ORDER

Motion to compel, *Doc. 24*, denied without prejudice. Please follow the procedures for discovery disputes outlined in the Final Scheduling Order, *Doc. 21 at 3*.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

15 October 2025