# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**MARC WILLIAM ALLEN**                                                                PLAINTIFF

v.                                     No. 3:24-cv-184-DPM

**CORINTH COCA-COLA BOTTLING CO.**                                    DEFENDANT

### ORDER

Corinth has filed a one-sided joint report of a discovery dispute, saying that Allen refuses to respond to discovery requests or comply with this Court's Final Scheduling Order. Allen must comply with the Federal Rules, including timely responding to discovery requests. Fed. R. Civ. P. 34. The Court orders him respond fully to Corinth's discovery requests by 17 February 2026. If he does not, the Court will consider sanctions. Fed. R. Civ. P. 37. In due course, Corinth must file a notice stating whether Allen responded. Joint report, *Doc. 27*, addressed.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 January 2026