## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

MARC WILLIAM ALLEN                                      PLAINTIFF

v.                              No. 3:24-cv-184-DPM

CORINTH COCA-COLA BOTTLING CO.              DEFENDANT

### ORDER

Motion for summary judgment, *Doc. 29*, denied without prejudice.  It's premature.  The discovery cutoff is not until 4 December 2026.  *Doc. 21 at 1*.  Allen has informally advised the Court by email (with a copy to defense counsel) that he has answered the discovery.  Good.  The parties must follow the Final Scheduling Order, *Doc. 21*, if some dispute remains about these issues.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

19 February 2026