IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

MARC WILLIAM ALLEN                                    PLAINTIFF

v.                            No. 3:24-cv-184-DPM

CORINTH COCA-COLA BOTTLING CO.            DEFENDANT

ORDER

For the reasons stated on the record, the Court denies the motion to disqualify counsel, *Doc. 37*, and resolves the discovery disputes, *Doc. 35 & 36*. Corinth's lawyer must re-send Allen its discovery requests in editable PDFs. By 28 August 2026, Allen must serve Corinth with his amended answers to the interrogatories and his amended responses to the requests for production. Allen must verify all his responses. If any of Allen's medical information is filed in this case, it should be redacted. Fed. R. Civ. P. 5.2. If redaction is impracticable, the Court authorizes and directs its filing under seal. The Court appreciates the parties' willingness to redouble their cooperation efforts.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 July 2026