**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARC WILLIAM ALLEN** **PLAINTIFF**

**v.** **No. 3:24-cv-184-DPM**

**CORINTH COCA-COLA BOTTLING CO.** **DEFENDANT**

**ORDER**

Allen's motion, *Doc. 48*, is granted. The Court directs the parties to file a new status report by 7 October 2026. Status reports aren't an opportunity for a party to prove his case or put on evidence. These reports instead should include the general status of the case, discovery, and motions. And the reports should include the estimated length of trial, prospects for settlement, any request for referral to the assigned Magistrate Judge for a settlement conference, and any suggestion for moving the case along. The parties should collaborate on these reports. To the extent the parties have a discovery dispute that they can't resolve after an in-person meeting, they should file a further joint report of discovery dispute. *Doc. 21 at 3*.

So Ordered.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

23 September 2026