**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARC WILLIAM ALLEN** **PLAINTIFF**

**v.** **No. 3:24-cv-184-DPM**

**CORINTH COCA-COLA BOTTLING CO.** **DEFENDANT**

# ORDER

Allen's motion, *Doc. 58*, is granted. His motion for a stay, *Doc. 54*, is withdrawn without prejudice. The Court believes it would be beneficial for one or both of Corinth's new lawyers and Allen to have an in-person meeting and thereafter file a joint report on what disputes, if any, remain. Please do so by 25 November 2026.

So Ordered.

D.P. Marshall Jr.
United States District Judge

2 November 2026