**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**MARC WILLIAM ALLEN** **PLAINTIFF**

**v.** **No. 3:24-cv-184-DPM**

**CORINTH COCA-COLA BOTTLING CO.** **DEFENDANT**

# ORDER

Allen's motion, *Doc. 61*, is denied without prejudice. He hasn't followed the Court's procedure for discovery disputes outlined in the Final Scheduling Order, *Doc. 21 at* 3. Though titled otherwise, he has filed what is essentially a motion to quash the notice for his deposition. In light of the holiday, though, the Court extends the deadline for the parties' report on their in-person meeting until 1 December 2026. And the parties would benefit from having that in-person conference to sort issues before Allen is deposed. The December discovery cutoff seems to be driving the deposition date and notice. For good cause, the Court therefore extends the discovery cutoff to 8 January 2027. And the Court directs the parties to reschedule Allen's deposition for a mutually convenient date in December.

So Ordered.

D.P. Marshall Jr.
United States District Judge

17 November 2026